# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY OF SC | : No. 140 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Commonwealth Court |
| | : |
| | : |
| BUREAU OF WORKERS' COMPENSATION FEE REVIEW HEARING OFFICE (THE PHYSICAL THERAPY INSTITUTE) | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: THE PHYSICAL THERAPY INSTITUTE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.